# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RONGEY JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-367(MTT) |
| WILLIAM TERRY, WARDEN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 21) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. on the Defendants' Motion to Dismiss (Doc. 8). The Magistrate Judge recommends dismissing the Plaintiff's case for failure to state a claim.[1] The Plaintiff has objected to the Recommendation (Doc. 22). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

---

[1] The Plaintiff alleges that upon his transfer to Macon State Prison he attempted to mail to the Supreme Court of Georgia notice of his change of address for the purposes of a pendant appeal. The prison law librarian approved his request for indigent postage, but failed to mail the notice until several days later. In the meantime, the supreme court ruled on the Plaintiff's appeal, apparently starting the clock for the Plaintiff to file a federal habeas petition. The Plaintiff claims that the delay in mailing the notice to the supreme court violated his constitutional access to the court because he was unable to properly file his federal habeas petition before the deadline. However, in his objection, the Plaintiff admits that he received the supreme court's ruling a week prior to the deadline to file his federal habeas petition. Thus, according to the Magistrate Judge's Recommendation, the Plaintiff did not suffer a lack of access to the court.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 8) is **GRANTED**.

**SO ORDERED**, this the 21st day of August, 2010.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT

jch